IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAMON ALAN HAMILTON,

       Plaintiff,                  No. CIV S-08-0786 FCD DAD P

    vs.

BROWN, RN,

       Defendant.              <u>ORDER</u>

_____/

       Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has filed an application to proceed in forma pauperis under 28 U.S.C. § 1915. This proceeding was referred to the undersigned magistrate judge in accordance with Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

       Plaintiff has submitted an in forma pauperis declaration that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, plaintiff will be granted leave to proceed in forma pauperis.

       Plaintiff is required to pay the statutory filing fee of $350.00 for this action. <u>See</u> 28 U.S.C. §§ 1914(a) & 1915(b)(1). An initial partial filing fee of $5.55 will be assessed by this order. <u>See</u> 28 U.S.C. § 1915(b)(1). By separate order, the court will direct the appropriate agency to collect the initial partial filing fee from plaintiff's prison trust account and forward it to

1 the Clerk of the Court. Thereafter, plaintiff will be obligated to make monthly payments of
2 twenty percent of the preceding month's income credited to plaintiff's prison trust account.
3 These payments will be collected and forwarded by the appropriate agency to the Clerk of the
4 Court each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in
5 full. See 28 U.S.C. § 1915(b)(2).

6       Plaintiff's complaint appears to state cognizable claims for relief pursuant to 42
7 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the complaint are proven, plaintiff
8 has a reasonable opportunity to prevail on the merits of this action.

9       Accordingly, IT IS HEREBY ORDERED that:

10       1. Plaintiff's April 14, 2008 application to proceed in forma pauperis is granted.

11       2. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.
12 Plaintiff is assessed an initial partial filing fee of $5.55. All fees shall be collected and paid in
13 accordance with this court's order to the Director of the California Department of Corrections
14 and Rehabilitation filed concurrently herewith.

15       3. Service of the complaint is appropriate for defendant Brown.

16       4. The Clerk of the Court shall send plaintiff one USM-285 form, one summons,
17 an instruction sheet, and a copy of the complaint filed April 14, 2008.

18       5. Within thirty days from the date of this order, plaintiff shall complete the
19 attached Notice of Submission of Documents and submit all of the following documents to the
20 court at the same time:

21       a. The completed, signed Notice of Submission of Documents;
22       b. One completed summons;
23       c. One completed USM-285 form for the defendant listed in number 3
24       above; and
25       d. Two copies of the endorsed complaint filed April 14, 2008.
26 /////

6. Plaintiff shall not attempt to effect service of the complaint on the defendant or request a waiver of service of summons from the defendant. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: May 9, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
hami0786.1dft

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAMON ALAN HAMILTON,

      Plaintiff,                          No. CIV S-08-0786 FCD DAD P

     vs.

BROWN, RN,                          NOTICE OF SUBMISSION

      Defendant.                     OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      ____ one completed summons form;

      ____ one completed USM-285 form; and

      ____ two true and exact copies of the complaint filed April 14, 2008.

DATED: _____.

                                                         _____

                                                         Plaintiff