IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAMON ALAN HAMILTON,

     Plaintiff,             No. CIV S-08-0786 FCD DAD P

  vs.

BROWN, RN,

     Defendant.          <u>ORDER</u>

_____/

       By an order filed May 9, 2008, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 form and other documents necessary to effect service on defendant Brown.  That thirty day period has since passed, and plaintiff has not responded in any way to the court's order.  Good cause appearing, IT IS HEREBY ORDERED that, within twenty days of the date of this order, plaintiff shall complete and return to the court the USM-285 form and other documents necessary to effect service on defendant Brown.  Failure to do so will result in a recommendation that this action be dismissed pursuant Federal Rule of Civil Procedure 41(b).

DATED: June 19, 2008.

*Dale A. Drozd*

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
hami0786.46