IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAMON ALAN HAMILTON,

    Plaintiff,                    No. CIV S-08-0786 FCD DAD P

    vs.

BROWN, RN,

    Defendant.                 ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action. On July 3, 2008, the court ordered the United States Marshal to serve the complaint on defendant Brown. The Marshal was unable to effect service on defendant Brown. The facility claims that no nurse Brown is employed there, and the CDCR Locator is unable to identify nurse Brown based on the limited information plaintiff provided on the USM-285 form.

        If plaintiff wishes to proceed with his claims against defendant Brown, he must provide the court with additional information that will enable the United States Marshal to serve this defendant. Plaintiff shall promptly seek such information through any means available to him.

/////

/////

1

1    Plaintiff is cautioned that when service of a complaint is not made upon a
2 defendant within 120 days after the complaint was filed, the court may be required to dismiss the
3 plaintiff's claims against that defendant.  See Fed. R. Civ. P. 4(m).
4    Accordingly, IT IS HEREBY ORDERED that:
5    1.  The Clerk of the Court is directed to send plaintiff one summons, one USM-
6 285 form, an instruction sheet, and a copy of the complaint filed April 14, 2008;
7    2.  Within thirty days from the date of this order, plaintiff shall complete the
8 attached Notice of Submission of Documents and submit it to the court with the documents listed
9 below:
10    a.  One completed USM-285 form for defendant Brown;
11    b.  Two copies of the complaint filed April 14, 2008; and
12    c.  One completed summons form.
13 DATED: October 15, 2008.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:ak
hami0786.8e

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAMON ALAN HAMILTON,

      Plaintiff,                    No. CIV S-08-0786 FCD DAD P

    vs.

BROWN, RN,                      NOTICE OF SUBMISSION

      Defendant.              OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      ____ one completed summons form;

      ____ one completed USM-285 form; and

      ____ two true and exact copies of the complaint filed April 14, 2008.

DATED: _____.

                                                        _____
                                                        Plaintiff